FILED
CHARLOTTE, N. C.



APR 2 6 1993

U. S. DISTRICT COURT
W. DIST. OF N. C.

# United States District Court
## Western District of North Carolina

UNITED STATES OF AMERICA

V.

CHARLETTE ELIZABETH HOYLE
(Name of Defendant)

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 3:92CR220-04-P

Aaron Michael
Defendant's Attorney (retained ___ / appointed x )

**THE DEFENDANT:**

x pleaded guilty to count(s) 1.
___ was found guilty on count(s) ___ after a plea of not guilty.
Accordingly, the Defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title and Section | Nature of Offense | Date Offense Concluded | Counts |
|---|---|---|---|
| 18:371 | Conspiracy to commit offense against U.S. | Oct. 1991 | 1 |

The Defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_ The Defendant has been found not guilty on count(s) ___, and is discharged as to such count(s).

___ Count(s)___ (is)(are) dismissed on the motion of the United States.

x It is ordered that the Defendant shall pay a special assessment of $ 50, for count(s) 1, which shall be due _ X immediately ___ as follows:

**IT IS FURTHER ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 10-18-59

Defendant's Mailing Address:

1315-C Spring Street
Charlotte, NC 28206

Date of Imposition of Sentence: April 1, 1993

[signature]
Signature of Judicial Officer

ROBERT D. POTTER, U.S. DISTRICT JUDGE

Date: April 1, 1993

Certified to be a true and correct copy of the original.
U. S. District Court
Thomas ... Clerk
Western ... N. C.
By [signature] Deputy Clerk
Date 26 April 1993



104

Defendant: Charlette Hoyle
Case Number: 3:92CR220-04



## PROBATION

The Defendant is hereby placed on probation for a term of FIVE (5) YEARS

While on probation, the Defendant shall not commit another Federal, state, or local crime, shall not illegally possess a controlled substance, and shall not possess a firearm or destructive device. The Defendant also shall comply with the standard conditions that have been adopted by this Court (set forth below). If this Judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the Defendant pay any such fine or restitution. The Defendant shall comply with the following additional conditions:

__ the Defendant shall submit to drug testing, treatment and aftercare as directed by the Probation Office.

__ the Defendant shall provide access to financial information to the Probation Office.

__ the Defendant shall reimburse the Government for costs of court-appointed counsel.

X Not incur any new credit without permission of U.S. Probation Office

X Serve six (6) months home detention with work release as directed by the U.S. Probation Office.

## STANDARD CONDITIONS OF SUPERVISION

While the Defendant is on probation pursuant to this Judgment, the Defendant shall not commit another federal, state or local crime. In addition:

1) the Defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the Defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the Defendant shall support his or her dependents and meet other family responsibilities;

5) the Defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the Defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7) the Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8) the Defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the Defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the Defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the Defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the Defendant shall notify third parties of risk that may be occasioned by the Defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the Defendant's compliance with such notification requirement.

Defendant:Charlette Hoyle
Case Number:3:92CR220-04



# RESTITUTION AND FORFEITURE

## RESTITUTION

___ The Defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution |
|---|---|
| United Student Aid Foundation<br>PO Box 6180<br>Indianapolis, IN 46206-6180 | $5,000 |

Payments of restitution are to be made to:

__ the United States Attorney for transfer to the payee(s).

__ the payee(s).

X the Clerk of Court to be disbursed as directed by the United States Attorney.

Restitution shall be paid:

__ in full immediately.

__ in full not later than __________.

__ in equal monthly installments over a period of ____ months. The first payment is due on the date of this Judgment. Subsequent payments are due monthly thereafter.

X in installments according to the schedule of payments as prepared by the Probation Office.

__ in installments according to the following schedule of payments:

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

## FORFEITURE

____ The Defendant is ordered to forfeit the following property to the United States:

Defendant:Charlette Hoyle
Case Number:3:92CR220-04



STATEMENT OF REASONS

x__ The Court adopts the factual findings and guideline application in the presentence report.

OR

___ The Court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level: 10 ____________

Criminal History Category: I________

Imprisonment Range: 6__________ to 12____________ months

Supervised Release Range: 2____________ to 3__________ years

Fine Range: $2,000______________ to $20,000________________

x___ Fine is waived or is below the guideline range, because of the Defendant's inability to pay.

Restitution: $5,000______________

__x_ Full restitution is not ordered for the following reason(s): does not have ability to pay

___ The sentence is within the guideline range, that range does not exceed 24 months, and the Court finds no reason to depart from the sentence called for by application of the guidelines.

OR

___ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

OR

The sentence departs from the guideline range

x___ upon motion of the government, as a result of Defendant's substantial assistance.

___ for the following reason(s):